UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICK J. O'DONNELL,

                              Plaintiff,

v.                                               Civil No.: 21-cv-01291

TOWN OF EVANS, POLICE DEPARTMENT,

                              Defendant.

---

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Parties, by their counsel, stipulate that all claims, causes of action, and counterclaims be dismissed on the merits with prejudice and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| Dated: September 13, 2022 | Dated: September 13 2022 |
| **THE LAW OFFICE OF LINDY KORN** | **GOLDBERG SEGALLA** |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: s/ Lindy Korn | By: s/ Kristin Klein Wheaton |
|     Lindy Korn, Esq. |     Kristin Klein Wheaton, Esq. |
|     535 Washington Street |     665 Main Street |
|     Buffalo, New York 14203 |     Buffalo, New York 14203 |
|     Telephone: (716) 856-5676 |     Telephone: (716) 556-5400 |
|     lkorn@lkorn-law.com |     kwheaton@goldbergsegalla.com |